MARY SCHOESKE v. JAMES R. HAND.[1]

December 3, 1895.

Nos. 9614—(136).

**Promise of Marriage—Breach—Sufficiency of Evidence.**
*Held*, that the verdict was sustained by the evidence.

Action in the district court for Sibley county to recover damages for breach of promise of marriage. From an order, Cadwell, J., denying a motion for a new trial after verdict in favor of plaintiff for $1,000, defendant appealed. Affirmed.

*Henry & R. L. Johns*, for appellant.
*W. H. Leeman*, for respondent.

PER CURIAM. The verdict of the jury was in all respects justified by the evidence, and no other question has been raised on appeal.

Order affirmed.

[1] Reported in 65 N. W. 144.